UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 16-__3198__-KAR |
| | ) | |
| v. | ) | |
| | ) | |
| ALEX GERMAINE | ) | |

MOTION TO SEAL

The United States of America, by Carmen M. Ortiz, United States Attorney for the District of Massachusetts, through the undersigned Assistant U.S. Attorney, hereby files the instant Motion to Seal.

1) The defendant is charged with receipt and possession of child pornography in violation of 18 U.S.C. § § 2252(a)(2) and (a)(3)(B).

2) The charges concern at least one minor victim, Minor A, who is a child as defined in 18 U.S.C. § 3509(a)(2).

3) The government requests that the Complaint, affidavit in support, and accompanying documents, including this Motion, be filed under seal in order to protect the privacy of the minor victim(s).

Filed this 10th day of November 2016.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

ALEX J. GRANT
Assistant United States Attorney

11/10/16 - Granted - Katherine Robertson, U.S.M.J.