

U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (413) 785-0235*
*Facsimile:      (413) 785-0394*

*United States Courthouse*
*300 State Street, Suite 230*
*Springfield, Massachusetts  01105-2926*

November 22, 2016

Via ECF

Magistrate Judge Katherine A. Robertson
United States Courthouse
300 State Street
Springfield, MA 01105

      Re:    United States v. Alex Germaine
             16-mj-3198-KAR

Dear Honorable Magistrate Judge Robertson:

      I am writing to alert the Court to a small error Special Agent Michael Morizio discovered this morning in his affidavit in support of the Criminal Complaint issued in this case.  This affidavit was also an exhibit in the detention hearing conducted November 18, 2016 and November 21, 2016.

      In paragraph 47 of the affidavit, Special Agent Morizio referenced a Kik account in the name of an adult female with the initials A.K.  He went on to state that the forensic examination of the defendant's yellow iPhone showed that the e-mail address registered to the Kik account was alexgermaine33@gmail.com

      In fact, the forensic examination shows that a different e-mail address is associated with the Kik account, alexgermaine53@gmail.com.  The forensic examination of the yellow iPhone did show that the alexgermaine33@gmail.com address was used on the iPhone but that alexgermaine53@gmail.com was the address connected to the Kik account.

      I apologize for this error.

                                   Sincerely,

                                   */s/ Alex J. Grant*
                                   Alex J. Grant
                                   Assistant United States Attorney

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

      /s/ Alex J. Grant
ALEX J. GRANT
Assistant United States Attorney